**PLAINTIFF CONSENT FORM**

I hereby consent to join the action Manuel Ramos, et al., v. The City of New York Fire Department, et al., Case No. 13 Civ. 9225 (KBF)(JLC), as a Plaintiff to assert claims for unpaid wages and overtime compensation under the Fair Labor Standards Act. During the past three years, I have worked as a Supervising Emergency Medical Specialist for The City of New York Fire Department.

_____  2/23/14
Signature                Date

David Marks
Print Name