As Delivered

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANUEL RAMOS, both individually and on :
behalf of all other similarly situated persons, et :
al., :
 :
                     Plaintiffs, :
 :
-v- : 13-cv-9225 (KBF)
 :
THE CITY OF NEW YORK FIRE :
DEPARTMENT et al., :
 :
                     Defendants. :
------------------------------------------------------------X

Court Exhibit 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 21 2015

### VERDICT SHEET

**DEPUTY CHIEFS**

1. Do you find that Deputy Chiefs are exempt?

    Yes ✓    No _____

**DIVISION COMMANDERS**

2. Do you find that Division Commanders are exempt?

    Yes ✓    No _____

### Conclusion

Please sign and date the form and tell the marshal that the jury has reached a verdict.

Dated:    New York, New York
               May 20, 2015

                                          /s/ Michael Vasco
                                          FOREPERSON