

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: JUN 0 9 2015<br><br>Andrea O'Connor<br>Labor & Employment Law Division<br>Phone: 212-356-4015<br>Fax: 212-356-1148<br>aoconnor@law.nyc.gov |

June 5, 2015

**VIA ECF**
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

                Re:    <u>Ramos, et al. v. City of New York, et al.</u>
                      13 Civ. 9225 (KBF)

Dear Judge Forrest:

        I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants in the above referenced action. I write today to respectfully request that the start time of June 19, 2015 fairness hearing 2015 be rescheduled from 1:00 p.m. to 1:30 p.m. Plaintiffs' counsel consents to this request.

        I make this request because my daughter's preschool graduation will also take place on June 19, 2015 and was rescheduled yesterday from 9:30 a.m. to 11:00 a.m. Changing the hearing's start time from 1:00 p.m. to 1:30 p.m. will allow me sufficient time to attend the graduation in New Jersey and promptly arrive for the fairness hearing.

        While the fairness hearing is noticed to start at 1:00 p.m., plaintiffs' counsel and Your Honor's chambers have stated that no objections to the proposed settlement have been received and therefore the parties anticipate that no plaintiffs will appear at the hearing. Further, in a conversation with Your Honor's chambers, the parties indicated that the hearing should be brief.

        As such, defendants respectfully request that the fairness hearing scheduled from June 19, 2015 commence at 1:30 p.m. as opposed to 1:00 p.m. Defendants thank the Court for its consideration of this request.

So ordered.
K.B. Forrest
USDJ
6/8/15

Respectfully submitted,

*/s/ A. O'Connor/*

Andrea O'Connor
Assistant Corporation Counsel

cc:    Fausto Zapata, Attorney for Plaintiff (by ECF)