```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MANUEL RAMOS, both individually and                         :
on behalf of all others similarly situated                  :
persons, et al.,                                            :
                                                            :
                                                            :
                       Plaintiffs,                          :
              -v-                                           :    13-cv-9225 (KBF)
                                                            :
THE CITY OF NEW YORK FIRE                                   :    ORDER
DEPARTMENT, et al.                                          :
                                                            :
                                                            :
                       Defendants.                          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 1, 2015

KATHERINE B. FORREST, District Judge:

The parties shall submit all materials necessary for the Court to issue a final approval of the settlement in this action (including the documentation required for approving an award of attorneys' fees) not later than **July 15, 2015**.

SO ORDERED.

Dated:   New York, New York
         July 1, 2015

                                              _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge