```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 16, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MANUEL RAMOS, both individually and
on behalf of all others similarly situated
persons, et al.,

                Plaintiffs,

-v-                                13-cv-9225 (KBF)

THE CITY OF NEW YORK FIRE            ORDER
DEPARTMENT, et al.

                Defendants.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      For the reasons set forth at the fairness hearing on June 19, 2015, and having approved plaintiffs' claims for attorneys' fees and costs, the Court approves the settlement of this action as fair and reasonable.

      The Clerk of Court is directed to terminate this action.

      SO ORDERED.

Dated:     New York, New York
             July 16, 2015

                                                    _____
                                                         KATHERINE B. FORREST
                                                      United States District Judge